UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN GALLAGHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:19-cv-1251-B |
| | § | |
| OLE MISS (UNIVERSITY OF | § | |
| MISSISSIPPI), ET AL., | § | |
| | § | |
| Defendants. | § | |

## <u>JUDGMENT</u>

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED** and **DECREED** that this action is **DISMISSED** without prejudice for lack of subject matter jurisdiction and—to the extent that there is subject matter jurisdiction—as malicious because it is barred by res judicata.

The Court further **IMPOSES as a SANCTION** the filing restrictions set out in the Magistrate Judge's findings, conclusions, and recommendation:

> Plaintiff Ryan Gallagher is prohibited from filing new actions without the representation of a licensed attorney admitted to practice in the Court unless he unless he obtains permission to proceed *pro se*. To obtain that permission, he must:
> 1. File with the Clerk of the Court a motion requesting leave to file a *pro se* action.
> 2. Include in the motion requesting leave to file a *pro se* action the following information:
> A. A list of all lawsuits currently pending or filed previously in the Court, including the name, number, and citation, if applicable, of each case, and the current status or disposition of each case; and
> B. A statement of the legal issues to be raised in the proposed new pleading and whether he has raised the same issues in other proceedings in the Court. If so, he must cite the case number and docket number where the legal issues previously have been raised.
> C. A notarized affidavit, in proper legal form, which certifies that, to the best of his knowledge, the legal arguments being raised are not frivolous or made

in bad faith, they are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law, that the action is not interposed for any improper purpose such as delay, harassment, or to needlessly increase the cost of litigation, and that he will comply with all federal and local rules of the Court.

3. Submit the proposed new pleading to be filed in the *pro se* action.

The above described documents shall be submitted to the Clerk of the Court, who shall forward them the Chief Judge, or other judge designated by the Chief Judge for review. If the motion requesting leave to file a *pro se* action is denied, the matter will be dismissed. If the motion requesting leave to file a pro se action is granted, the case will proceed in accordance with the Federal Rules of Civil Procedure and the Court's Local Civil Rules.

The Clerk shall transmit a true copy of this Judgment and the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to Plaintiff.

SIGNED: JUNE 26, 2019.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-2-